# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-mj-1131-GWF |
| vs. | **ORDER** |
| FELIX SHELBY, JR., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Leave to File Motion to Reopen Detention Hearing Under Seal (ECF No. 13), filed on December 8, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Motion to Reopen Detention Hearing Under Seal (ECF No. 13) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file Defendant's Motion to Reopen Detention Hearing attached as Exhibit 1 to Defendant's Motion for Leave (ECF No. 13-1).

**IT IS FURTHER ORDERED** that a Motion Hearing on Defendant's Motion to Reopen Detention Hearing is set for **Thursday, December 14, 2017 at 3:30 p.m.** in Las Vegas Courtroom 3A.

DATED this 12th day of December, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge